PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Francisco Garcia                                   Cr.:09-00038-003

Name of Original Sentencing Judicial Officer:  The Honorable Jose L. Linares (as per transfer of jurisdiction)

Date of Original Sentence: 07/03/08

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 33 months imprisonment; 5 years supervised release; $100 special assessment; drug testing and/or urinalysis; financial disclosure

Type of Supervision: Supervised Release                  Date Supervision Commenced: 07/03/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states, **'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'** |
| | On June 29, 2011, Garcia tested positive for marijuana and he admitted to usage. |

U.S. Probation Officer Action:

The Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand.  Additionally, the offender will be placed back into Phase One of the code-a-phone system for increased monitoring.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 07/19/11

PROB 12A - Page 2
Francisco Garcia

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

7/27/11
Date